# CarMax APPRAISAL OFFER

**Name:** REINA ORTIZ BARRIENTOS
**Address:** 591 W 33 ST
HIALEAH FL 33012
**Vehicle:** 2012 TOYOTA COROLLA 4D SEDAN LE
**Mileage:** 103,654          **Engine:** 1.8L
**VIN:** 2T1BU4EE4CC819483
**Color:** GRAY

Contact:

JOSE NIEBLA PEREZ

7110 - INTERNATIONAL MALL, FL
Date:
05/08/2017

## FEATURES CONSIDERED

POWER LOCKS
AM/FM STEREO
AUXILIARY AUDIO INPUT
REAR DEFROSTER
ABS BRAKES
POWER MIRRORS
SIDE AIRBAGS
AUTOMATIC TRANSMISSION

POWER WINDOWS
CD AUDIO
AIR CONDITIONING
CRUISE CONTROL
CLOTH SEATS
TRACTION CONTROL
OVERHEAD AIRBAGS

## CONDITIONS ASSESSED    620731

| | | | |
|---|---|---|---|
| Pass Fender: | Prior Paintwork | Frame: | Frame Damage |
| Apron: | Damage | Front Seats: | Good Condition |
| Rear Seats: | Good Condition | Carpet: | Good Condition |
| Transmission: | Good Condition | Engine: | Good Condition |
| Front Tires: | Good Condition | Rear Tires: | Good Condition |
| Wheels: | Good Condition | | |

## APPRAISAL OFFER  $4,500

This offer is valid until the close of business on 5/15/17.

If you purchase a CarMax vehicle while selling us your vehicle,
you could be eligible for tax savings up to $270.00

**This offer is good for 7 days** and will be honored at all CarMax stores.
After 7 days, your vehicle will need to be reappraised and the **offer may change.**

### Comments

VEHICLE HAS APRON / FRAME DAMAGE, 103K, DRIVES WELL, SELL TODAY.
THANKS FOR HAVING YOUR VEHICLE APPRAISED

### Your Appraiser

AGUSTIN C.
- CarMax Certified Appraiser

We've appraised more than 20 million vehicles. Your appraiser can provide a detailed explanation of how we determined your offer – just ask!

# SELL US YOUR CAR today!

## save time and money
AND WALK AWAY WITH PAYMENT IN HAND

When you sell to CarMax, you can avoid the hassles of selling your car yourself: • depreciation • additional car payments • costly advertising • the uncertainties of an unknown buyer (inspections, negotiations, and payment).

**We'll buy your car even if you don't buy ours!®**

## bring these items
TO SELL US YOUR VEHICLE

Title (if it is not with a lienholder)
Valid registration
Valid state-issued photo ID for all titleholders
All keys and remotes (if applicable)

See other side for important details.

# we want to buy YOUR CAR TODAY.

## We make it quick and easy:

- Review the sale, collect your belongings, and walk away with payment in hand!
- We'll process your lien payoff, if applicable.
- Your offer is good for 7 days.

# IMPORTANT TRANSACTION **details**

**We issue a bank draft for your vehicle.** The bank draft must be deposited into an account – it cannot be cashed. Banks typically place a hold on bank drafts of up to 10 banking days.

**The title must be provided at the time of sale.** If a previously paid-off lien is listed on the title, you will need both the title and lien release from the lienholder before CarMax can purchase your car.

**All titleholders should be present to sell the vehicle.** Please see a Business Office Associate if all titleholders cannot be present or if you are selling a vehicle on behalf of a company. In some cases, a Power of Attorney can be accepted, allowing someone else to sign on the absent titleholder's behalf.

**If there is a lien on the vehicle,** we'll contact your lienholder during business hours to get a 15-day payoff. We'll need:
- Lienholder name and phone number
- Name(s) on account
- Account holder's account and Social Security numbers

**If you have negative equity** or other outstanding financial obligations, the amount should be paid in the form of a Cashier's Check, certified funds, or cash*, unless it can be included in the amount you are financing to purchase another vehicle from CarMax. CarMax accepts personal checks if the amount is less than $250.
*CarMax Car Buying Centers cannot accept cash.*

**If the vehicle you want to sell is leased,** confirmation of the payoff amount is required before we can purchase your vehicle. Some leasing companies will not allow you to sell before the lease expires.

**If you do not have all original keys and remotes,** we may reappraise the vehicle to account for the additional cost because keys and remotes can be expensive to replace.

*CarMax will inspect and verify the identity of every vehicle it purchases. We reference every Vehicle Identification Number (VIN) against third-party lien and stolen vehicle databases. In some instances, we extract the electronic VIN to validate the visible VIN. CarMax reports all stolen vehicles to the appropriate authorities and may pursue its legal remedies against any person that intentionally sells CarMax a stolen, cloned, altered, or undisclosed lien vehicle.*

# ADDITIONAL **information**

- Your Appraisal Offer includes any equipment installed on, or part of, the vehicle (e.g., stereos, TV/DVD, navigation components, seats, headrests, etc.). If you remove any of that equipment, the offer could be voided.
- CarMax reserves the right to revise or cancel the Appraisal Offer if the vehicle is not in the same condition as it was at the time of the offer (i.e., damaged, reported stolen, undisclosed title conditions, etc.).
- The offer is exclusively for the purpose of selling your car to CarMax.
- Customer's vehicles left at CarMax will be, without notice, towed and stored at the owner's expense.

**If you have any questions about selling your car to CarMax, please contact this store's Business Office.**



MKG 501  rev. 4/16