IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

REINA J ORTIZ BARRIENTOS          CASE NO.     17-17071-RAM

         Debtor.                          CHAPTER     13
_____/

**RESPONSE TO MOTION TO
VALUE AND DETERMINE SECURED STATUS**

    Creditor, Summit Financial Corporation, files its Response to Debtor's Motion to Value and Determine Secured Status of Lien and states:

    1.    Creditor holds a valid lien on the following vehicle:

**2012 TOYOTA COROLLA
VIN: 2T1BU4EE4CC819483 ("Collateral")**

    2.    Creditor filed Proof of Claim 3-1 ("Claim").

    3.    On January 27, 2017, Reina Judith Ortiz Barrientos executed and delivered a Retail Installment Sale Contract Simple Finance Charge. A copy of the Sales Contract is attached to Creditor's Claim and is incorporated herein by reference.

    4.    As the Debtor purchased the Collateral within the 910 days preceding the filing of the case, Debtor is prohibited from valuing the Collateral pursuant to the hanging paragraph of 11 U.S.C. §1325(a).

    **WHEREFORE**, Creditor respectfully requests the Court deny Debtor's Motion and for such other and further relief as the Court deems appropriate.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served by CM/ECF notice to the parties below this 23rd day of June, 2017.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA CM/ECF NOTICE**
Reina J Ortiz Barrientos
c/o Debtor's Counsel

Robert Sanchez Esq.
355 W 49th St
Hialeah, FL 33012-3715

**Chapter 13 Trustee**
Nancy K. Neidich
POB 279806
Miramar, Florida 33027

**U.S. Trustee**
Office of U.S. Trustee
51 S.W. First Avenue, Ste. 1204
Miami, Florida 33130