**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**1st amended plan**

DEBTOR: Reina Ortiz Barrientos  JOINT DEBTOR: _____  CASE NO.: 17-17071-RAM
Last Four Digits of SS# 1964  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 334.46 for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:     Attorney's Fee - $ 3650 + $525 = $4175 TOTAL PAID $ 1500 Balance Due $ 2675
    payable $ 53.50 /month (Months 1 to 50)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____     Arrearage on Petition Date $ _____
Address: _____     Arrears Payment $ _____ /month (Months ____ to ____)
    Regular Payment $ _____ /month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Summit Financial Corp. 100 NW 100 Avenue Plantation, FL 33324 | 2012 Toyota Corolla LE $4,500.00 | 5.25% | $247.46 | 1 To 60 | $13,034.04 at 5.25% for a total payment of $14,847.84 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None _____     Total Due $ _____
    Payable $ _____ /month (Months ____ to ____) Regular Payment $ _____

<u>Unsecured Creditors</u>: Pay $ 53.50 /month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                                        Joint Debtor
Date: 6-28-2017                                                      Date: _____

LF-31 (rev. 01/08/10)