**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Reina J Ortiz Barrientos                    Case No: 17-17071-RAM

Chapter 13

_____Debtor(s)_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐ No further action is necessary.

2) The following actions have been taken:

☒ The debtor has filed an objection to the proof of claim filed by LVNV Funding, LLC its successors and assigns as assignee of Soaring Capital, LLC Resurgent Capital Services #9 and Pinnacle Credit Services, LLC its successors and assigns as assignee of Cellco Partnership d/b/a Verizon Wireless Resurgent Capital Services #5.

☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

☐ Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on February 22, 2019.

                      Submitted by:
                      **ROBERT SANCHEZ, P.A.**
                      Attorney for Debtor
                      355 W 49th Street
                      Hialeah, FL 33013
                      Tel. (305) 687-8008

                      By:/s/Robert Sanchez
                      Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)