IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

REINA J. ORTIZ BARRIENTOS                                    CASE NO. 17-17071-RAM
*AKA* REINA ORTIZ BARRIENTOS                          CHAPTER 13
*AKA* REINA J BARRIENTOS
*AKA* REINA JUDITH ORTIZA BARRIENTOS
*AKA* REINA JUDITH ORTIZ
*AKA* REINA ORTIZ
*AKA* REINA JUDITH BARRIENTOS
*AKA* REINA BARRIENTOS
*AKA* REINA J ORTIZ

            Debtor.
_____/

## CREDITOR'S MOTION TO DISMISS

Summit Financial Corporation ("Movant") files, pursuant to 11 U.S.C. §1307(c), its Motion to Dismiss and states:

1.      The Debtor filed the Confirmed First Modified Chapter 13 Plan (Doc. No. 54) on January 26, 2022.

2.      Pursuant to the Confirmed Modified Plan, the Debtor was required to pay Creditor $189.68 for Months 1 to 43, $66.65 for Months 44 to 47 and $173,.65 from Months 48 to 8454.

3.      To date, Movant has not received the required payments under the Confirmed Plan and the Debtor is in default.  A copy of the Plan Detail indicating a default of $5,614.84 in plan payments is attached hereto as Exhibit "A."

4.      Accordingly, Movant seeks dismissal of the case pursuant to section 1307(c) of the Bankruptcy Code.

**WHEREFORE**, Movant, respectfully requests the Court enter an order dismissing the case and granting such other relief that the Court may deem just and proper.

                */s/ Gavin N. Stewart*
                Gavin N. Stewart, Esquire
                Florida Bar Number 52899
                P.O. Box 5703
                Clearwater, FL 33758
                P: (727) 565-2653
                F: (727) 213-9022
                E: bk@stewartlegalgroup.com
                Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first-class mail this 28th day of February 2022.

                */s/ Gavin N. Stewart*
                Gavin N. Stewart, Esquire

**VIA FIRST-CLASS MAIL**
Reina J. Ortiz Barrientos
591 W 33rd Street
Hialeah, FL 33012-5105

**VIA CM/ECF NOTICE**
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130