## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-17071-RAM |
| REINA J ORTIZ BARRIENTOS § | |
| DEBTOR § | |

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **Summit Financial Corporation** | **3-1** | **xxxx6405** |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Name and Address where notices should be sent:**
Summit Financial Corporation
PO Box 9013
Addison, Texas 75001

**Name and Address where payments should be sent:**
Summit Financial Corporation
1883 Marina Mile Blvd. Suite 106
Fort Lauderdale, Florida 33315

Dated:    April 28, 2022

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor