

ORDERED in the Southern District of Florida on July 18, 2022.

_____

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

REINA J. ORTIZ BARRIENTOS                              CASE NO. 17-17071-RAM
*AKA* REINA ORTIZ BARRIENTOS                     CHAPTER 13
*AKA* REINA J BARRIENTOS
*AKA* REINA JUDITH ORTIZ BARRIENTOS
*AKA* REINA JUDITH ORTIZ
*AKA* REINA ORTIZ
*AKA* REINA JUDITH BARRIENTOS
*AKA* REINA BARRIENTOS
*AKA* REINA J ORTIZ

                            Debtor.
_____/

### ORDER GRANTING CREDITOR'S MOTION TO DISMISS

**THIS CASE** came on for hearing on the Chapter 13 Trustee's consent portion of the

calendar on July 12, 2022 at 9:00AM on the Creditor's Motion To Dismiss ("Motion") filed by

1

Toyota Motor Credit Corporation ("Movant") (Doc. No. 60).  For the reasons stated on the record, it is

**ORDERED:**

1. The Motion (Doc. No. 60) is Granted.

2. This case is dismissed.

3. All pending motions are denied as moot.

4. The Trustee shall file a final report prior to the administrative closing of the case.

5. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128 **$0.00** for the balance of the filing fee as required by Local Rule 1017-2(E).  Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017-2(F), unless otherwise ordered by the court.  The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

6. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013-1(E).

7. In accordance with Local Rule 1002-1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

**Submitted by:**

Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to all interested parties and file a Certificate of Service with the Court.