**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Southern District of Florida**

In re:    Case No.: 17-17071-RAM
          Chapter 13

Reina J Ortiz Barrientos

    Debtor(s).     _____/

**EMERGENCY MOTION TO REINSTATE CHAPTER 13 CASE**
**AND CERTIFICATE OF FUNDS**

(Emergency basis: Debtor has a vehicle that may be subject to repossession since she was paying it in the plan.)

COMES NOW the Debtor(s), Reina J Ortiz Barrientos, by and through undersigned counsel, and files this Emergency Motion to Reinstate Chapter 13 Case and Certificate of Funds and as grounds therefore states:

1. This case was filed on June 5, 2017 and dismissed on July 19, 2022, for failure to become current with Chapter 13 Trustee's Notice of Delinquency in Confirmed Ch. 13 Plan Payments.

2. Debtor has provided undersigned counsel with funds in the form of a personal money order that brings her current with his Chapter 13 plan as of the date of the instant motion.

3. Debtor wishes to continue with the Chapter 13 bankruptcy.

WHEREFORE the undersigned respectfully requests that this Honorable Court enter an Order Granting Debtors Motion to Reinstate Chapter 13 Case.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted on July 25, 2022.

                                              Respectfully Submitted:
                                              **JOSE A. BLANCO, P.A.**
                                              By: _/s/ Jose A. Blanco_ | FBN: 062449
                                              Attorney for Debtor(s)
                                              102 E 49th ST
                                              Hialeah, FL 33013,
                                              Tel. (305) 349-3463